

SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | 5800 SOUTH MICHIGAN, LLC | File Number | 01582992 |
| Status | NGS | On | 08/01/2009 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 08/01/2005 | Jurisdiction | IL |
| Agent Name | WALTER MARSHALL JR | Agent Change Date | 12/17/2007 |
| Agent Street Address | 7000 S PARNELL LOWER LEVEL | Principal Office | 7000 S. PARNELL, LOWER LEVEL CHICAGO, IL 60621 |
| Agent City | CHICAGO | Management Type | MBR   View |
| Agent Zip | 60621 | Duration | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2009 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE