**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 5800 S. Michigan, LLC | ) | Case No. 09-49031 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene Wedoff |
| | ) | |
| | ) | Hearing: 2/2/10 at 9:30 a.m. |

**ORDER**

This matter came to be heard on **Forrest L. Ingram P.C.'s Motion to Withdraw as Counsel.** Due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. Forrest L. Ingram P.C. is granted leave to withdraw as counsel for 5800 S. Michigan, LLC.

2. Forrest L. Ingram, P.C. shall notify 5800 S. Michigan, LLC of this order by placing a copy of the order in the U.S. Mail, postage prepaid, on or before February 4, 2010

3. 5800 S. Michigan, LLC shall have 14 days to enter a substitute appearance in this matter.

Dated:                                                  BY THE COURT

                                                        _____
                                                        The Honorable Eugene R. Wedoff
                                                        U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.